| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF KENTUCKY |
| Case number *(if known)*                               Chapter    **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**        **Wipe-Out Logistics, LLC**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)        **81-2189491**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **166 Cooper Dearing Road** **Alvaton, KY 42122** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Warren** | Location of principal assets, if different from principal place of business |
| County | **5531 Veterans Memorial Hwy Scottsville, KY 42164** |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Wipe-Out Logistics, LLC**  Case number (*if known*) _____
       Name

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

　　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　　■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　　☐ A plan is being filed with this petition.

　　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor **Wipe-Out Logistics, LLC**    Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____    When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**    ☐ $0 - $50,000    ■ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion

9/29/23 2:59PM

Debtor **Wipe-Out Logistics, LLC**             Case number (*if known*)
       Name

☐ $50,001 - $100,000         ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | **Wipe-Out Logistics, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 29, 2023**
MM / DD / YYYY

X **/s/ Mirnes Matt Muminovic**                              **Mirnes Matt Muminovic**
Signature of authorized representative of debtor             Printed name

Title  **Managing Member**

---

**18. Signature of attorney**

X **/s/ Robert C. Chaudoin**                                 Date  **September 29, 2023**
Signature of attorney for debtor                             MM / DD / YYYY

**Robert C. Chaudoin 84351**
Printed name

**Harlin Parker**
Firm name

**519 E. 10th Street**
**P.O. Box 390**
**Bowling Green, KY 42102-0390**
Number, Street, City, State & ZIP Code

Contact phone  **270-842-5611**     Email address  **chaudoin@harlinparker.com**

**84351 KY**
Bar number and State

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Wipe-Out Logistics, LLC** | |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF KENTUCKY** | ☐ Check if this is an amended filing |
| Case number (if known): | | |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Independence Bank**<br>Attn: Bankruptcy Dept<br>2425 Frederica St<br>Owensboro, KY 42301 | | **2022 Volvo 760 *****019** | | $71,228.09 | $55,000.00 | $16,228.09 |
| **Independence Bank**<br>Attn: Bankruptcy Dept<br>2425 Frederica St<br>Owensboro, KY 42301 | | **2016 Freightliner Columbia ******678** | | $55,000.00 | $40,000.00 | $15,000.00 |
| **Kentucky Transportation Cabinet**<br>200 Mero Street<br>Frankfort, KY 40622 | | | | | | $8,000.00 |
| **Michael Hunt**<br>c/o Scott C. Justice<br>Justice Law Office<br>214 S. Clay St, Suite 203<br>Louisville, KY 40202 | | | | | | $641,330.50 |
| **Ryder Truck Rental, Inc**<br>11690 N.W. 105th Street<br>Miami, FL 33178 | | | Disputed | | | $1,528,179.58 |
| **Truist Bank**<br>1820 Scottsville Road<br>Bowling Green, KY 42104 | | **2023 Wabash Duraplate (4) ****66 ****67 ****68 ****69** | | $252,265.47 | $120,000.00 | $132,265.47 |
| **Truist Bank**<br>1820 Scottsville Road<br>Bowling Green, KY 42104 | | **2022 VNL660 *******38  *******39** | | $187,048.98 | $60,000.00 | $127,048.98 |

Debtor **Wipe-Out Logistics, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Truist Bank<br>1820 Scottsville Road<br>Bowling Green, KY 42104** | | **2023 Kenworth T680 *****66** | | $189,681.84 | $80,000.00 | $109,681.84 |
| **Truist Bank<br>1820 Scottsville Road<br>Bowling Green, KY 42104** | | **2021 Utility Reefer *****29 *****35** | | $165,154.41 | $60,000.00 | $105,154.41 |
| **Truist Bank<br>1820 Scottsville Road<br>Bowling Green, KY 42104** | | **2022 Tesla Model X *****53** | | $155,863.26 | $80,000.00 | $75,863.26 |
| **Truist Bank<br>1820 Scottsville Road<br>Bowling Green, KY 42104** | | **2022 Western Star 5700 *******802 *******456** | | $249,910.63 | $180,000.00 | $69,910.63 |
| **Truist Bank<br>1820 Scottsville Road<br>Bowling Green, KY 42104** | | **2020 Freightliner Columbia ****97** | | $136,067.83 | $70,000.00 | $66,067.83 |
| **Truist Bank<br>1820 Scottsville Road<br>Bowling Green, KY 42104** | | **2023 Wabash Reefer *******76 2022 Vanguard Reefer *******19 2023 Wabash HD (5) *******71 *******72 *******73 *******74 *******75** | | $412,718.47 | $350,000.00 | $62,718.47 |
| **Truist Bank<br>1820 Scottsville Road<br>Bowling Green, KY 42104** | | **2019 Hyundai Semi-Trailer *******003 *******07 *******09** | | $106,611.79 | $75,000.00 | $31,611.79 |
| **Truist Bank<br>1820 Scottsville Road<br>Bowling Green, KY 42104** | | **2022 Wabash Duraplate ******229 ******230** | | $69,884.03 | $60,000.00 | $9,884.03 |
| **Truist Bank<br>1820 Scottsville Road<br>Bowling Green, KY 42104** | | **2022 Vanguard Reefer *******98 *******99 *******00 *******01** | | $241,666.04 | $200,000.00 | $41,666.04 |

Debtor **Wipe-Out Logistics, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Truist Bank** **1820 Scottsville Road** **Bowling Green, KY 42104** | | **2023 Vanguard VXP *****18 *****19** | | $97,973.19 | $60,000.00 | $37,973.19 |
| **Truist Bank** **1820 Scottsville Road** **Bowling Green, KY 42104** | | **2023 Volvo 860 *****23** | | $177,737.71 | $145,000.00 | $32,737.71 |
| **Volvo Financial Services** **PO Box 91300** **Mobile, AL 36691-1300** | | **2023 Volvo 860 ******322** | | $181,334.00 | $145,000.00 | $36,334.00 |
| **Volvo Financial Services** **PO Box 91300** **Mobile, AL 36691-1300** | | **2020 Volvo 760  #5 - Volvo Financial Services** | | $85,554.17 | $50,000.00 | $35,554.17 |

First Bank & Trust  
Attn: Bankruptcy Dept  
120 N. Egan Avenue  
PO Box 488  
Madison, SD 57042  

Independence Bank  
Attn: Bankruptcy Dept  
2425 Frederica St  
Owensboro, KY 42301  

Kentucky Transportation Cabinet  
200 Mero Street  
Frankfort, KY 40622  

Michael Hunt  
c/o Scott C. Justice  
Justice Law Office  
214 S. Clay St, Suite 203  
Louisville, KY 40202  

Nacarato Truck Center  
370 Trotters Lane  
Franklin, KY 42134  

Nacarato Truck Center  
519 New Paul Road  
La Vergne, TN 37086  

Ryder Truck Rental, Inc  
11690 N.W. 105th Street  
Miami, FL 33178  

Scott A. Bachert  
Kerrick Bachert  
1025 State Street  
Bowling Green, KY 42101  

TAB Bank  
4185 Harrison Blvd, Suite 201  
Ogden, UT 84403  

Truist Bank  
1820 Scottsville Road  
Bowling Green, KY 42104  

Uninsured Employer's Fund  
Office of the Attorney General  
1024 Capital Center Drive, Suite 200  
Frankfort, KY 40601  

Volvo Financial Services  
PO Box 91300  
Mobile, AL 36691-1300

# United States Bankruptcy Court
## Western District of Kentucky

In re  **Wipe-Out Logistics, LLC**
Debtor(s)

Case No.
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Wipe-Out Logistics, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 29, 2023**
Date

**/s/ Robert C. Chaudoin**
**Robert C. Chaudoin 84351**
Signature of Attorney or Litigant
Counsel for **Wipe-Out Logistics, LLC**
**Harlin Parker**
**519 E. 10th Street**
**P.O. Box 390**
**Bowling Green, KY 42102-0390**
**270-842-5611 Fax:270-842-2607**
**chaudoin@harlinparker.com**