UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 23-10736 |
| | ) | |
| WIPE-OUT LOGISTICS, LLC | ) | |
| | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |

## **ORDER**

This matter having coming before the court upon the Emergency Motion for Authorization to Pay Wages and Withholding Taxes, filed by Wipe-Out Logistics, LLC ("the Debtor"), by counsel.

It appearing that relief requested is essential to the continued operation of the Debtor's business, and it is in the best interest of the Debtor, its estate, and its creditors; appropriate notice of the motion being given such that no other notice of the motion need be given; good cause appearing therefore; and the court being otherwise sufficiently advised;

IT IS SO ORDERED that the Motion is HEREBY GRANTED.

TENDERED BY:

_____
Joan A. Lloyd
United States Bankruptcy Judge

HARLIN PARKER
519 East Tenth Street
P.O. Box 390
Bowling Green, KY 42102-0390
Telephone: (270) 842-5611
Facsimile: (270) 842-2607

Dated:  October 4, 2023

/s/Robert C. Chaudoin