UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 23-10736 |
| | ) | |
| WIPE-OUT LOGISTICS, LLC | ) | |
| | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |

**FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL**

This matter having come before the court on October 19, 2023, on the *Debtor's Emergency Motion for Authorization of the Use of Cash Collateral* (the "Motion").  Having considered the foregoing, and being otherwise duly advised, the Court now GRANTS the Motion on a final basis, and ORDERS as follows:

**IT IS SO ORDERED** that;

1. The Debtor is authorized to continue to use, in the ordinary course of business, all Cash Collateral in those amounts set forth in the Budget submitted with the Motion, subject to reasonable variances, and as and when such expenses become due and payable.

2. As adequate protection of its interest in Cash Collateral, First Bank & Trust and the Small Business Administration are deemed to have a continued security interest in Debtor's accounts to the extent of their security interests as existed in Cash Collateral prior to the commencement of this bankruptcy case.

TENDERED BY:

HARLIN PARKER
519 East Tenth Street
P.O. Box 390
Bowling Green, KY 42102-0390
Telephone: (270) 842-5611
Facsimile: (270) 842-2607

/s/Robert C. Chaudoin