| DESCRIPTION | VALUE | LIQUIDATION VALUE | SECURED CLAIM | NET AVAILABLE |
|---|---|---|---|---|
| 2021 Wabash ****203 ****204 ****205 ****206 | $72,000.00 | $64,800.00 | $39,752.90 | |
| 2022 Volvo 760  ****019 | $65,000.00 | $58,500.00 | $67,455.98 | |
| 2022 Vanguard ****554, ****555, ****556, | $150,000.00 | $135,000.00 | $94,064.38 | |
| 2015 Peterbilt ****795 | $60,000.00 | $54,000.00 | $33,980.00 | |
| 2020 Freightliner ****779 | $75,000.00 | $67,500.00 | $37,503.59 | |
| 2016 Freightliner Columbia ****678 | $55,000.00 | $49,500.00 | $53,329.10 | |
| **INDEPENDENCE BANK TOTALS** | **$477,000.00** | **$429,300.00** | **$326,085.95** | **$103,214.05** |
| | | | | |
| 2020 Volvo 760 (4) | $160,000.00 | $144,000.00 | $276,784.00 | |
| **NACARATO TOTALS** | **$160,000.00** | **$144,000.00** | **$276,784.00** | **$0.00** |
| | | | | |
| 2022 Stoughton #1  ****181 | $22,500.00 | $20,250.00 | $21,513.65 | |
| 2022 Stoughton #2  ****086 | $22,500.00 | $20,250.00 | $21,099.86 | |
| **TAB BANK TOTALS** | **$45,000.00** | **$40,500.00** | **$42,613.51** | **$0.00** |
| | | | | |
| CIMC Reefer ****199 | | | $240,012.84 | |
| 2019 Freightliner Coronado ****906 | $60,000.00 | $54,000.00 | $58,978.92 | |
| 2020 Freightliner Coronado ****747 | $60,000.00 | $54,000.00 | $59,908.49 | |
| 2019 Hyundai Semi-Trailer ****03 ****07 ****09 | $75,000.00 | $67,500.00 | $104,904.99 | |
| 2022 Wabash Duraplate ****229 ****230 | $45,000.00 | $40,500.00 | $71,272.94 | |
| 2022 Western Star 5700 ****802 ****456 | $160,000.00 | $144,000.00 | $255,733.07 | |
| 2022 Vanguard Reefer ****98 ****99 ****00 ****01 | $200,000.00 | $180,000.00 | $240,012.84 | |
| CIMC Reefer ****208 ****209 | $80,000.00 | $72,000.00 | $53,216.01 | |
| 2023 Wabash Reefer ****376,   2022 Vanguard Reef ****219, 2022 Utility ****710, ****709 **(**2023 Wabash ****975, ****974, ****973, ****972, ****971 **sold? -not onA/B but on POC**) | $242,500.00 | $218,250.00 | $411,626.41 | |
| 2023 Wabash Duraplate ****66 ****67 ****68 ****69 | $90,000.00 | $81,000.00 | $257,523.80 | |
| 2020 Freightliner Columbia ****97 | $70,000.00 | $63,000.00 | $138,950.15 | |
| 2022 Tesla Model X ****53 | $80,000.00 | $72,000.00 | $159,091.51 | |
| 2021 Utility Reefer ****729 ****735 | $45,000.00 | $40,500.00 | $171,138.19 | |
| 2023 Vanguard VXP ****18 ****19 | $45,000.00 | $40,500.00 | $100,400.27 | |
| 2023 Volvo 860 ****323 | $70,000.00 | $63,000.00 | $182,757.38 | |
| | | | | |
| | | | | |
| | | | | **EXHIBIT A** |

| | | | | |
|---|---:|---:|---:|---:|
| 2023 Kenworth T680 ****66 | $70,000.00 | $63,000.00 | $195,899.65 | |
| 2022 Volvo 860 ****684, 2023 Kenworth ****768, ****769  (**Kenworths not on A/B but on POC?**) | $65,000.00 | $58,500.00 | $268,979.52 | |
| 2022 VNL660 ****38 ****39 | $130,000.00 | $117,000.00 | $191,337.65 | |
| **TRUIST SUBTOTALS** | **$1,587,500.00** | **$1,428,750.00** | **$3,161,744.63** | **$0.00** |
| | | | | |
| 2020 Volvo 760 #5  ****9449 | $40,000.00 | $36,000.00 | $60,258.91 | |
| 2023 Volvo 860 ****322 | $75,000.00 | $67,500.00 | $203,163.37 | |
| **TOTAL VOLVO FINANCIAL SERVICES** | **$115,000.00** | **$103,500.00** | **$263,422.28** | **$0.00** |
| | | | | |
| Yukon Denali XL ****975 | $75,000.00 | $67,500.00 | $114,865.01 | |
| **TOTAL TD BANK** | **$75,000.00** | **$67,500.00** | **$114,865.01** | **$0.00** |
| | | | | |
| Cash on hand, Office Furniture&Equipment | $12,730.60 | $11,457.54 | $162,592.28 | |
| **TOTAL SMALL BUSINESS ADMINISTRATION** | **$12,730.60** | **$11,457.54** | **$162,592.28** | |
| | | | | |
| | $2,472,230.60 | $2,225,007.54 | $4,348,107.66 | $103,214.05 |
| | | | | |
| **ASSETS AVAILABLE TO UNSEC. CREDITORS** | | | | $103,214.05 |
| **less CHAPTER 7 TRUSTEE FEES** | | | | $3,955.70 |
| **less ADMINISTRATIVE FEES** | | | | $30,000.00 |
| **NET AVAILABLE TO UNSEC. CREDITORS** | | | | $69,258.35 |