| Wipeout Logistics LLC | TOTAL 2024/2025 | TOTAL 2025/2026 | TOTAL 2026/2027 | TOTAL 2027/2028 | TOTAL 2028/2029 | |
|---|---|---|---|---|---|---|
| Income | $5,820,000.00 | $5,820,000.00 | $5,820,000.00 | $5,820,000.00 | $5,820,000.00 | |
| Cost Of Goods Sold | | | | | | |
| Gross Profit | $5,820,000.00 | $5,820,000.00 | $5,820,000.00 | $5,820,000.00 | $5,820,000.00 | |
| EXPENSES | | | | | | |
| Advertising & Marketing | $7,200.00 | $7,200.00 | $7,200.00 | $7,200.00 | $7,200.00 | |
| Brokered Load | $123,000.00 | $123,000.00 | $123,000.00 | $123,000.00 | $123,000.00 | |
| Building/Property Rent | $120,000.00 | $120,000.00 | $120,000.00 | $120,000.00 | $120,000.00 | |
| Business Licenses | | | | | | |
| Contract Labor | | | | | | |
| Bank Fees | | | | | | |
| Continuing Education | | | | | | |
| Insurance | $216,000.00 | $216,000.00 | $216,000.00 | $216,000.00 | $216,000.00 | |
| Legal & Accounting | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | |
| Meals | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | |
| Office Expenses | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | |
| Office Supplies | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | |
| Shipping & Postage | $1,050.00 | $1,050.00 | $1,050.00 | $1,050.00 | $1,050.00 | |
| Software & Apps | $48,000.00 | $48,000.00 | $48,000.00 | $48,000.00 | $48,000.00 | |
| Parking & Tolls | $33,000.00 | $33,000.00 | $33,000.00 | $33,000.00 | $33,000.00 | |
| Payroll Expenses | | | | | | |
| Payroll Wages | $2,052,000.00 | $2,052,000.00 | $2,052,000.00 | $2,052,000.00 | $2,052,000.00 | |
| Owner Compensation | $162,000.00 | $162,000.00 | $162,000.00 | $162,000.00 | $162,000.00 | |
| Repairs & Maintenance | $96,000.00 | $96,000.00 | $96,000.00 | $96,000.00 | $96,000.00 | |
| Supplies & Material | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | |
| Taxes | $21,235.53 | $21,235.53 | $21,235.53 | $21,235.53 | $21,235.53 | |
| Payroll Taxes | | | | | | |
| Towing | $24,000.00 | $24,000.00 | $24,000.00 | $24,000.00 | $24,000.00 | |
| Travel | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | |
| Truck Parts | $84,000.00 | $84,000.00 | $84,000.00 | $84,000.00 | $84,000.00 | |
| Utilities | $24,000.00 | $24,000.00 | $24,000.00 | $24,000.00 | $24,000.00 | |
| Rent Home Office | | | | | | |
| Repairs Home Office | | | | | | |
| Tracking Devices | $36,000.00 | $36,000.00 | $36,000.00 | $36,000.00 | $36,000.00 | |
| Vehicle Expenses | | | | | | |
| Vehicle Charging | | | | | | |
| Vehicle Repair | $120,000.00 | $120,000.00 | $120,000.00 | $120,000.00 | $120,000.00 | |
| Vehicle Gas & Fuel | $1,965,000.00 | $1,965,000.00 | $1,965,000.00 | $1,965,000.00 | $1,965,000.00 | |
| Equipment Replacement | | | $18,000.00 | $32,400.00 | $104,400.00 | |
| Total Expenses | $5,167,285.53 | $5,167,285.53 | $5,185,285.53 | $5,199,685.53 | $5,271,685.53 | |
| NET INCOME | $652,714.47 | $652,714.47 | $634,714.47 | $620,314.47 | $548,314.47 | |
| SECURED PAYMENTS | $608,076.36 | $608,076.36 | $589,829.04 | $575,372.88 | $503,021.40 | |
| ADMIN. PAYMENTS | $30,000.00 | | | | | |
| DISPOSABLE INCOME | $14,638.11 | $44,638.11 | $44,885.43 | $44,941.59 | $45,293.07 | |
| TOTAL DISPOSABLE INCOME | | | | | | $194,396.31 |

EXHIBIT B

| Wipeout Logistics LLC | March 2024 | April 2024 | May 2024 | June 2024 | July 2024 | August 2024 | September 2024 | October 2024 | November 2024 | December 2024 | January 2025 | February 2025 | 2024-2025 TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Income | $480,000.00 | $500,000.00 | $500,000.00 | $510,000.00 | $500,000.00 | $500,000.00 | $500,000.00 | $500,000.00 | $480,000.00 | $450,000.00 | $450,000.00 | $450,000.00 | $5,820,000.00 |
| Cost Of Goods Sold | | | | | | | | | | | | | |
| Gross Profit | $480,000.00 | $500,000.00 | $500,000.00 | $510,000.00 | $500,000.00 | $500,000.00 | $500,000.00 | $500,000.00 | $480,000.00 | $450,000.00 | $450,000.00 | $450,000.00 | $5,820,000.00 |
| EXPENSES | | | | | | | | | | | | | |
| Advertising & Marketing | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $7,200.00 |
| Brokered Load | $10,000.00 | $10,000.00 | $10,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $7,000.00 | $10,000.00 | $123,000.00 |
| Building/Property Rent | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $120,000.00 |
| Business Licenses | | | | | | | | | | | | | |
| Contract Labor | | | | | | | | | | | | | |
| Bank Fees | | | | | | | | | | | | | |
| Continuing Education | | | | | | | | | | | | | |
| Insurance | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $216,000.00 |
| Legal & Accounting | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $12,000.00 |
| Meals | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $2,400.00 |
| Office Expenses | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 |
| Office Supplies | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $2,400.00 |
| Shipping & Postage | $50.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $50.00 | $50.00 | $150.00 | $50.00 | $1,050.00 |
| Software & Apps | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $48,000.00 |
| Parking & Tolls | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $33,000.00 |
| Payroll Expenses | | | | | | | | | | | | | |
| Payroll Wages | $170,000.00 | $175,000.00 | $175,000.00 | $180,000.00 | $175,000.00 | $175,000.00 | $175,000.00 | $175,000.00 | $170,000.00 | $160,000.00 | $162,000.00 | $160,000.00 | $2,052,000.00 |
| Owner Compensation | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $162,000.00 |
| Repairs & Maintenance | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $96,000.00 |
| Supplies & Material | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 |
| Taxes | | $5,078.51 | | | $6,000.00 | | | $5,078.51 | | | $5,078.51 | | $21,235.53 |
| Payroll Taxes | | | | | | | | | | | | | |
| Towing | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $24,000.00 |
| Travel | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 |
| Truck Parts | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $84,000.00 |
| Utilities | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $24,000.00 |
| Rent Home Office | | | | | | | | | | | | | |
| Repairs Home Office | | | | | | | | | | | | | |
| Tracking Devices | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $36,000.00 |
| Vehicle Expenses | | | | | | | | | | | | | |
| Vehicle Charging | | | | | | | | | | | | | |
| Vehicle Repair | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $120,000.00 |
| Vehicle Gas & Fuel | $165,000.00 | $170,000.00 | $170,000.00 | $180,000.00 | $170,000.00 | $170,000.00 | $170,000.00 | $170,000.00 | $165,000.00 | $145,000.00 | $145,000.00 | $145,000.00 | $1,965,000.00 |
| Equipment Replacement | | | | | | | | | | | | | |
| Total Expenses | $428,050.00 | $443,178.51 | $438,100.00 | $455,100.00 | $446,100.00 | $440,100.00 | $438,100.00 | $443,178.51 | $428,050.00 | $401,050.00 | $405,228.51 | $401,050.00 | $5,167,285.53 |
| NET INCOME | $51,950.00 | $56,821.49 | $61,900.00 | $54,900.00 | $53,900.00 | $59,900.00 | $61,900.00 | $56,821.49 | $51,950.00 | $48,950.00 | $44,771.49 | $48,950.00 | $652,714.47 |
| SECURED PAYMENTS | $50,673.03 | $50,673.03 | $50,673.03 | $50,673.03 | $50,673.03 | $50,673.03 | $50,673.03 | $50,673.03 | $50,673.03 | $50,673.03 | $50,673.03 | $50,673.03 | $608,076.36 |
| ADMIN. PAYMENTS | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | | | | | | | |
| DISPOSABLE INCOME | ($3,723.03) | $1,148.46 | $6,226.97 | ($773.03) | ($1,773.03) | $4,226.97 | $11,226.97 | $6,148.46 | $1,276.97 | ($1,723.03) | ($5,901.54) | ($1,723.03) | $14,638.11 |

| Wipeout Logistics LLC | | March 2025 | April 2025 | May 2025 | June 2025 | July 2025 | August 2025 | September 2025 | October 2025 | November 2025 | December 2025 | January 2026 | February 2026 | 2025-2026 TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Income | | $480,000.00 | $500,000.00 | $500,000.00 | $510,000.00 | $500,000.00 | $500,000.00 | $500,000.00 | $500,000.00 | $480,000.00 | $450,000.00 | $450,000.00 | $450,000.00 | $5,820,000.00 |
| Cost Of Goods Sold | | | | | | | | | | | | | | |
| Gross Profit | | $480,000.00 | $500,000.00 | $500,000.00 | $510,000.00 | $500,000.00 | $500,000.00 | $500,000.00 | $500,000.00 | $480,000.00 | $450,000.00 | $450,000.00 | $450,000.00 | $5,820,000.00 |
| EXPENSES | | | | | | | | | | | | | | |
| Advertising & Marketing | | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $7,200.00 |
| Brokered Load | | $10,000.00 | $10,000.00 | $10,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $7,000.00 | $10,000.00 | $123,000.00 |
| Building/Property Rent | | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $120,000.00 |
| Business Licenses | | | | | | | | | | | | | | |
| Contract Labor | | | | | | | | | | | | | | |
| Bank Fees | | | | | | | | | | | | | | |
| Continuing Education | | | | | | | | | | | | | | |
| Insurance | | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $216,000.00 |
| Legal & Accounting | | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $12,000.00 |
| Meals | | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $2,400.00 |
| Office Expenses | | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 |
| Office Supplies | | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $2,400.00 |
| Shipping & Postage | | $50.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $50.00 | $50.00 | $150.00 | $50.00 | $1,050.00 |
| Software & Apps | | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $48,000.00 |
| Parking & Tolls | | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $33,000.00 |
| Payroll Expenses | | | | | | | | | | | | | | |
| Payroll Wages | | $170,000.00 | $175,000.00 | $175,000.00 | $180,000.00 | $175,000.00 | $175,000.00 | $175,000.00 | $175,000.00 | $170,000.00 | $160,000.00 | $162,000.00 | $160,000.00 | $2,052,000.00 |
| Owner Compensation | | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $162,000.00 |
| Repairs & Maintenance | | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $96,000.00 |
| Supplies & Material | | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 |
| Taxes | | | $5,078.51 | | | $6,000.00 | | | $5,078.51 | | | $5,078.51 | | $21,235.53 |
| Payroll Taxes | | | | | | | | | | | | | | |
| Towing | | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $24,000.00 |
| Travel | | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 |
| Truck Parts | | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $84,000.00 |
| Utilities | | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $24,000.00 |
| Rent Home Office | | | | | | | | | | | | | | |
| Repairs Home Office | | | | | | | | | | | | | | |
| Tracking Devices | | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $36,000.00 |
| Vehicle Expenses | | | | | | | | | | | | | | |
| Vehicle Charging | | | | | | | | | | | | | | |
| Vehicle Repair | | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $120,000.00 |
| Vehicle Gas & Fuel | | $165,000.00 | $170,000.00 | $170,000.00 | $180,000.00 | $170,000.00 | $170,000.00 | $170,000.00 | $170,000.00 | $165,000.00 | $145,000.00 | $145,000.00 | $145,000.00 | $1,965,000.00 |
| Equipment Replacement | | | | | | | | | | | | | | |
| Total Expenses | | $428,050.00 | $443,178.51 | $438,100.00 | $455,100.00 | $446,100.00 | $440,100.00 | $438,100.00 | $443,178.51 | $428,050.00 | $401,050.00 | $405,228.51 | $401,050.00 | $5,167,285.53 |
| NET INCOME | | $51,950.00 | $56,821.49 | $61,900.00 | $54,900.00 | $53,900.00 | $59,900.00 | $61,900.00 | $56,821.49 | $51,950.00 | $48,950.00 | $44,771.49 | $48,950.00 | $652,714.47 |
| SECURED PAYMENTS | | $50,673.03 | $50,673.03 | $50,673.03 | $50,673.03 | $50,673.03 | $50,673.03 | $50,673.03 | $50,673.03 | $50,673.03 | $50,673.03 | $50,673.03 | $50,673.03 | $608,076.36 |
| ADMIN. PAYMENTS | | | | | | | | | | | | | | |
| DISPOSABLE INCOME | | $1,276.97 | $6,148.46 | $11,226.97 | $4,226.97 | $3,226.97 | $9,226.97 | $11,226.97 | $6,148.46 | $1,276.97 | ($1,723.03) | ($5,901.54) | ($1,723.03) | $44,638.11 |

| Wipeout Logistics LLC | March 2026 | April 2026 | May 2026 | June 2026 | July 2026 | August 2026 | September 2026 | October 2026 | November 2026 | December 2026 | January 2027 | February 2027 | 2026-2027 TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Income | $480,000.00 | $500,000.00 | $500,000.00 | $510,000.00 | $500,000.00 | $500,000.00 | $500,000.00 | $500,000.00 | $480,000.00 | $450,000.00 | $450,000.00 | $450,000.00 | $5,820,000.00 |
| Cost Of Goods Sold | | | | | | | | | | | | | |
| Gross Profit | $480,000.00 | $500,000.00 | $500,000.00 | $510,000.00 | $500,000.00 | $500,000.00 | $500,000.00 | $500,000.00 | $480,000.00 | $450,000.00 | $450,000.00 | $450,000.00 | $5,820,000.00 |
| EXPENSES | | | | | | | | | | | | | |
| Advertising & Marketing | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $7,200.00 |
| Brokered Load | $10,000.00 | $10,000.00 | $10,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $7,000.00 | $10,000.00 | $123,000.00 |
| Building/Property Rent | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $120,000.00 |
| Business Licenses | | | | | | | | | | | | | |
| Contract Labor | | | | | | | | | | | | | |
| Bank Fees | | | | | | | | | | | | | |
| Continuing Education | | | | | | | | | | | | | |
| Insurance | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $216,000.00 |
| Legal & Accounting | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $12,000.00 |
| Meals | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $2,400.00 |
| Office Expenses | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 |
| Office Supplies | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $2,400.00 |
| Shipping & Postage | $50.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $50.00 | $50.00 | $150.00 | $50.00 | $1,050.00 |
| Software & Apps | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $48,000.00 |
| Parking & Tolls | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $33,000.00 |
| Payroll Expenses | | | | | | | | | | | | | |
| Payroll Wages | $170,000.00 | $175,000.00 | $175,000.00 | $180,000.00 | $175,000.00 | $175,000.00 | $175,000.00 | $175,000.00 | $170,000.00 | $160,000.00 | $162,000.00 | $160,000.00 | $2,052,000.00 |
| Owner Compensation | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $162,000.00 |
| Repairs & Maintenance | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $96,000.00 |
| Supplies & Material | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 |
| Taxes | | $5,078.51 | | | $6,000.00 | | | $5,078.51 | | | $5,078.51 | | $21,235.53 |
| Payroll Taxes | | | | | | | | | | | | | |
| Towing | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $24,000.00 |
| Travel | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 |
| Truck Parts | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $84,000.00 |
| Utilities | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $24,000.00 |
| Rent Home Office | | | | | | | | | | | | | |
| Repairs Home Office | | | | | | | | | | | | | |
| Tracking Devices | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $36,000.00 |
| Vehicle Expenses | | | | | | | | | | | | | |
| Vehicle Charging | | | | | | | | | | | | | |
| Vehicle Repair | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $120,000.00 |
| Vehicle Gas & Fuel | $165,000.00 | $170,000.00 | $170,000.00 | $180,000.00 | $170,000.00 | $170,000.00 | $170,000.00 | $170,000.00 | $165,000.00 | $145,000.00 | $145,000.00 | $145,000.00 | $1,965,000.00 |
| Equipment Replacement | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $18,000.00 |
| Total Expenses | $429,550.00 | $444,678.51 | $439,600.00 | $456,600.00 | $447,600.00 | $441,600.00 | $439,600.00 | $444,678.51 | $429,550.00 | $402,550.00 | $406,728.51 | $402,550.00 | $5,185,285.53 |
| NET INCOME | $50,450.00 | $55,321.49 | $60,400.00 | $53,400.00 | $52,400.00 | $58,400.00 | $60,400.00 | $55,321.49 | $50,450.00 | $47,450.00 | $43,271.49 | $47,450.00 | $634,714.47 |
| SECURED PAYMENTS | $49,152.42 | $49,152.42 | $49,152.42 | $49,152.42 | $49,152.42 | $49,152.42 | $49,152.42 | $49,152.42 | $49,152.42 | $49,152.42 | $49,152.42 | $49,152.42 | $589,829.04 |
| ADMIN. PAYMENTS | | | | | | | | | | | | | |
| DISPOSABLE INCOME | $1,297.58 | $6,169.07 | $11,247.58 | $4,247.58 | $3,247.58 | $9,247.58 | $11,247.58 | $6,169.07 | $1,297.58 | ($1,702.42) | ($5,880.93) | ($1,702.42) | $44,885.43 |

| Wipeout Logistics LLC | March 2027 | April 2027 | May 2027 | June 2027 | July 2027 | August 2027 | September 2027 | October 2027 | November 2027 | December 2027 | January 2028 | February 2028 | 2027-2028 TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Income | $480,000.00 | $500,000.00 | $500,000.00 | $510,000.00 | $500,000.00 | $500,000.00 | $500,000.00 | $500,000.00 | $480,000.00 | $450,000.00 | $450,000.00 | $450,000.00 | $5,820,000.00 |
| Cost Of Goods Sold | | | | | | | | | | | | | |
| Gross Profit | $480,000.00 | $500,000.00 | $500,000.00 | $510,000.00 | $500,000.00 | $500,000.00 | $500,000.00 | $500,000.00 | $480,000.00 | $450,000.00 | $450,000.00 | $450,000.00 | $5,820,000.00 |
| EXPENSES | | | | | | | | | | | | | |
| Advertising & Marketing | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $7,200.00 |
| Brokered Load | $10,000.00 | $10,000.00 | $10,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $7,000.00 | $10,000.00 | $123,000.00 |
| Building/Property Rent | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $120,000.00 |
| Business Licenses | | | | | | | | | | | | | |
| Contract Labor | | | | | | | | | | | | | |
| Bank Fees | | | | | | | | | | | | | |
| Continuing Education | | | | | | | | | | | | | |
| Insurance | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $216,000.00 |
| Legal & Accounting | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $12,000.00 |
| Meals | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $2,400.00 |
| Office Expenses | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 |
| Office Supplies | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $2,400.00 |
| Shipping & Postage | $50.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $50.00 | $50.00 | $150.00 | $50.00 | $1,050.00 |
| Software & Apps | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $48,000.00 |
| Parking & Tolls | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $33,000.00 |
| Payroll Expenses | | | | | | | | | | | | | |
| Payroll Wages | $170,000.00 | $175,000.00 | $175,000.00 | $180,000.00 | $175,000.00 | $175,000.00 | $175,000.00 | $175,000.00 | $170,000.00 | $160,000.00 | $162,000.00 | $160,000.00 | $2,052,000.00 |
| Owner Compensation | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $162,000.00 |
| Repairs & Maintenance | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $96,000.00 |
| Supplies & Material | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 |
| Taxes | | $5,078.51 | | | $6,000.00 | | | $5,078.51 | | | $5,078.51 | | $21,235.53 |
| Payroll Taxes | | | | | | | | | | | | | |
| Towing | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $24,000.00 |
| Travel | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 |
| Truck Parts | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $84,000.00 |
| Utilities | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $24,000.00 |
| Rent Home Office | | | | | | | | | | | | | |
| Repairs Home Office | | | | | | | | | | | | | |
| Tracking Devices | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $36,000.00 |
| Vehicle Expenses | | | | | | | | | | | | | |
| Vehicle Charging | | | | | | | | | | | | | |
| Vehicle Repair | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $120,000.00 |
| Vehicle Gas & Fuel | $165,000.00 | $170,000.00 | $170,000.00 | $180,000.00 | $170,000.00 | $170,000.00 | $170,000.00 | $170,000.00 | $165,000.00 | $145,000.00 | $145,000.00 | $145,000.00 | $1,965,000.00 |
| Equipment | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $32,400.00 |
| Total Expenses | $430,750.00 | $445,878.51 | $440,800.00 | $457,800.00 | $448,800.00 | $442,800.00 | $440,800.00 | $445,878.51 | $430,750.00 | $403,750.00 | $407,928.51 | $403,750.00 | $5,199,685.53 |
| NET INCOME | $49,250.00 | $54,121.49 | $59,200.00 | $52,200.00 | $51,200.00 | $57,200.00 | $59,200.00 | $54,121.49 | $49,250.00 | $46,250.00 | $42,071.49 | $46,250.00 | $620,314.47 |
| SECURED PAYMENTS | $47,947.74 | $47,947.74 | $47,947.74 | $47,947.74 | $47,947.74 | $47,947.74 | $47,947.74 | $47,947.74 | $47,947.74 | $47,947.74 | $47,947.74 | $47,947.74 | $575,372.88 |
| ADMIN. PAYMENTS | | | | | | | | | | | | | |
| TOTAL DISP. INCOME | $1,302.26 | $6,173.75 | $11,252.26 | $4,252.26 | $3,252.26 | $9,252.26 | $11,252.26 | $6,173.75 | $1,302.26 | ($1,697.74) | ($5,876.25) | ($1,697.74) | $44,941.59 |

| Wipeout Logistics LLC | March 2028 | April 2028 | May 2028 | June 2028 | July 2028 | August 2028 | September 2028 | October 2028 | November 2028 | December 2028 | January 2029 | February 2029 | 2028-2029 TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Income | $480,000.00 | $500,000.00 | $500,000.00 | $510,000.00 | $500,000.00 | $500,000.00 | $500,000.00 | $500,000.00 | $480,000.00 | $450,000.00 | $450,000.00 | $450,000.00 | $5,820,000.00 |
| Cost Of Goods Sold | | | | | | | | | | | | | |
| Gross Profit | $480,000.00 | $500,000.00 | $500,000.00 | $510,000.00 | $500,000.00 | $500,000.00 | $500,000.00 | $500,000.00 | $480,000.00 | $450,000.00 | $450,000.00 | $450,000.00 | $5,820,000.00 |
| EXPENSES | | | | | | | | | | | | | |
| Advertising & Marketing | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $7,200.00 |
| Brokered Load | $10,000.00 | $10,000.00 | $10,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $7,000.00 | $10,000.00 | $123,000.00 |
| Building/Property Rent | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $120,000.00 |
| Business Licenses | | | | | | | | | | | | | |
| Contract Labor | | | | | | | | | | | | | |
| Bank Fees | | | | | | | | | | | | | |
| Continuing Education | | | | | | | | | | | | | |
| Insurance | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $216,000.00 |
| Legal & Accounting | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $12,000.00 |
| Meals | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $2,400.00 |
| Office Expenses | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 |
| Office Supplies | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $2,400.00 |
| Shipping & Postage | $50.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $50.00 | $50.00 | $150.00 | $50.00 | $1,050.00 |
| Software & Apps | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $48,000.00 |
| Parking & Tolls | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $33,000.00 |
| Payroll Expenses | | | | | | | | | | | | | |
| Payroll Wages | $170,000.00 | $175,000.00 | $175,000.00 | $180,000.00 | $175,000.00 | $175,000.00 | $175,000.00 | $175,000.00 | $170,000.00 | $160,000.00 | $162,000.00 | $160,000.00 | $2,052,000.00 |
| Owner Compensation | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $162,000.00 |
| Repairs & Maintenance | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $96,000.00 |
| Supplies & Material | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 |
| Taxes | | $5,078.51 | | | $6,000.00 | | | $5,078.51 | | | $5,078.51 | | $21,235.53 |
| Payroll Taxes | | | | | | | | | | | | | |
| Towing | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $24,000.00 |
| Travel | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 |
| Truck Parts | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $84,000.00 |
| Utilities | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $24,000.00 |
| Rent Home Office | | | | | | | | | | | | | |
| Repairs Home Office | | | | | | | | | | | | | |
| Tracking Devices | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $36,000.00 |
| Vehicle Expenses | | | | | | | | | | | | | |
| Vehicle Charging | | | | | | | | | | | | | |
| Vehicle Repair | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $120,000.00 |
| Vehicle Gas & Fuel | $165,000.00 | $170,000.00 | $170,000.00 | $180,000.00 | $170,000.00 | $170,000.00 | $170,000.00 | $170,000.00 | $165,000.00 | $145,000.00 | $145,000.00 | $145,000.00 | $1,965,000.00 |
| Equipment Replacement | $8,700.00 | $8,700.00 | $8,700.00 | $8,700.00 | $8,700.00 | $8,700.00 | $8,700.00 | $8,700.00 | $8,700.00 | $8,700.00 | $8,700.00 | $8,700.00 | $104,400.00 |
| Total Expenses | $436,750.00 | $451,878.51 | $446,800.00 | $463,800.00 | $454,800.00 | $448,800.00 | $446,800.00 | $451,878.51 | $436,750.00 | $409,750.00 | $413,928.51 | $409,750.00 | $5,271,685.53 |
| NET INCOME | $43,250.00 | $48,121.49 | $53,200.00 | $46,200.00 | $45,200.00 | $51,200.00 | $53,200.00 | $48,121.49 | $43,250.00 | $40,250.00 | $36,071.49 | $40,250.00 | $548,314.47 |
| SECURED PAYMENTS | $41,918.45 | $41,918.45 | $41,918.45 | $41,918.45 | $41,918.45 | $41,918.45 | $41,918.45 | $41,918.45 | $41,918.45 | $41,918.45 | $41,918.45 | $41,918.45 | $503,021.40 |
| ADMIN. PAYMENTS | | | | | | | | | | | | | |
| TOTAL DISP. INCOME | $1,331.55 | $6,203.04 | $11,281.55 | $4,281.55 | $3,281.55 | $9,281.55 | $11,281.55 | $6,203.04 | $1,331.55 | ($1,668.45) | ($5,846.96) | ($1,668.45) | $45,293.07 |