UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| WIPEOUT LOGISTICS, LLC | ) | CASE NO. 23-10736 |
| | ) | |
| DEBTOR | ) | |
| | ) | |

**ORDER UPON RENEWED MOTION TO TERMINATE AUTOMATIC STAY
AND FOR ABANDONMENT OF INTEREST IN PROPERTY**

This matter has come before the Court on the Renewed Motion of Truist Bank, Inc., fka Branch Banking & Trust Company ("Movant"), for an Order terminating the automatic stay under 11 U.S.C. § 362, and for abandonment of the estate's interest pursuant to 11 U.S.C. § 554. The Court having reviewed the record and considered argument of counsel, if any, finding cause exists to terminate the automatic stay, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:

1. That the automatic stay afforded by 11 U.S.C. § 362 is terminated with respect to the Debtor's and estate's interest in the following described property, as more particularly described in the Proofs of Claim filed by Movant herein:

| | |
|---|---|
| Loan 1: | 2019 Freightliner Cornoado VIN#3ALXF008KDLG6906 |
| Loan 4: | 2020 Freightliner Cornoado VIN#3ALXFB008LDLR5747 |
| Loan 5: | 2022 Volvo VNL64T660 VIN#4V4WC9EH2NN294939<br>2022 Volvo VNL64T660 VIN#4V4WC9EH0NN294938 |
| Loan 6: | 2019 Hyundai Translead IN Semi-Trailer SE VIN#3H3V532C7KT827003<br>2019 Hyundai Translead IN Semi-Trailer SE VIN#3H3V532C4KT827007<br>2019 Hyundai Translead IN Semi-Trailer SE VIN#3H3V532CBKT827009 |
| Loan 9: | 2022 Wabash Duraplate VIN#1JJV532D2NL352230<br>2022 Wabash Duraplate VIN#1JJV532D6NL352229 |

Loan 10:       2022 Western Star 5700 Sleeper VIN#5KJJBHDR2NLNJ7802
                2022 Western Star 5700 Sleeper VIN#5KJJBHDR5NLNL6456

Loan 12:       2022 Vanguard Coolglobe Reefer VIN#527SR5327NM028198
                2022 Vanguard Coolglobe Reefer VIN#527SR5329NM028199
                2022 Vanguard Coolglobe Reefer VIN#527SR5321NM028200
                2022 Vanguard Coolglobe Reefer VIN#527SR5323NM028201

Loan 13:       2017 CIMC Reefer VIN#527SR5324HM009208
                2017 CIMC Reefer VIN#527SR5326HM009209

Loan 15:       2023 Wabash Reefer VIN#1JJV532B6PL319376
                2022 Utility VS2DX VIN#1UYVS2531N3577710
                2022 Utility VS2DX VIN#1UYVS2535N3577709
                2022 Vanguard Reefer VIN#527SR5320NM028219
                2023 Wabash Duraplate HD VIN#1JJV532DXPL292975
                2023 Wabash Duraplate HD VIN#1JJV532D8PL292974
                2023 Wabash Duraplate HD VIN#1JJV532D6PL292973
                2023 Wabash Duraplate HD VIN#1JJV532D4PL292972
                2023 Wabash Duraplate HD VIN#1JJV532D2PL292971

Loan 19:       2023 Wabash Duraplate VIN#1JJV532D5PL384768
                2023 Wabash Duraplate VIN#1JJV532D3PL384767
                2023 Wabash Duraplate VIN#1JJV532D1PL384766

Loan 20:       2020 Freightliner Columbia 120 VIN#3ALXA7006LDLS1397

Loan 22:       2022 Tesla Model X VIN#7SAXCBE62NF332953

Loan 23:       2022 Volvo 860 Globetrotter VIN#4V4NC9EJ2NN284684
                2023 Kenworth W900 VIN#1XKWD49X8PR255768
                2023 Kenworth W900 VIN#1XKWD49XXPR255769

Loan 26:       2021 Utility Reefer VIN#1UYVS2532M6375729
                2021 Utility Reefer VIN#1UYVS2532M6375735

Loan 27:       2023 Vanguard VXP VIN#5V8VC5320PM302119
                2023 Vanguard VXP VIN#5V8VC5329PM302118

Loan 29:       2023 Volvo VNL64T860 2023 VIN#4V4NC9EH7PN611323
Loan 30:       2023 Kenworth T680 76IN Sleeper MX-11 VIN#1XKYDK9X1PJ263366

ORDER TENDERED BY:

_/s/ Daniel E. Hitchcock_
Daniel E. Hitchcock (KY 88927)
WYATT, TARRANT & COMBS, LLP
250 West Main Street, Suite 1600
Lexington, KY  40507
Telephone:  (859) 233-2012
Facsimile:  (859) 259-0649
Email:  dhitchcock@wyattfirm.com
*Counsel for Truist Bank, Inc.*

Distribution to:

CM/ECF Participants
Parties Listed on Master Service List

101568508.1